# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00469-CV

## In re Samuel Hal Wade

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a motion to dismiss the petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus.

 

 

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Kelly

Filed: October 6, 2020